**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.**

**No. 64 EM 2010.**

Supreme Court of Pennsylvania.

Aug. 13, 2010.

**ORDER**

PER CURIAM.

**AND NOW,** this 13th day of August, 2010, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Michelle Necole GRIFFITH, Respondent.**

Supreme Court of Pennsylvania.

Sept. 14, 2010.

**ORDER**

PER CURIAM.

**AND NOW,** this 14th day of September, 2010, the Petition for Allowance of Appeal

is **GRANTED.** The issue, rephrased for clarity, is

Whether expert testimony is required to prove that the amount of a controlled substance found in a defendant's blood or urine caused the driving impairment charged under 75 Pa.C.S. § 3802(d).